IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTH RIDE PLUS, INC., d/b/a Health Ride Plus, <br><br> Plaintiff, <br><br> v. <br><br> RIDE4HEALTH, LLC, d/b/a Ride4Health <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 3:21-cv-209 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

The Parties, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and an executed settlement agreement among the Parties, hereby jointly stipulate to dismissal of this action with prejudice, with each Party to bear its own costs and attorneys' fees. The parties further agree and stipulate that this Court shall retain jurisdiction over any disputes that might arise as to the terms and implementation of the Parties' settlement agreement.

Respectfully submitted,

By: */s/ David G. Oberdick*
    David G. Oberdick
    Pa. I.D. No. 47648
    Justin D. Beck
    Pa. I.D. No. 324787

    Meyer, Unkovic & Scott LLP
    535 Smithfield Street, Suite 1300
    Pittsburgh, PA 15222

    *Attorneys for Plaintiff*

Dated: November 15, 2022

By: */s/ Joseph J. Bosick*
    Joseph J. Bosick
    Pa. I.D. No. 17241
    Eric G. Soller
    Pa. I.D. No. 65560

    Pietragallo Gordon Alfano Bosick &
      Raspanti, LLP
    38th Floor, One Oxford Center
    Pittsburgh, PA 15219

    Brad N. Sommer, Esquire
    Pa. I.D. No. 87312

    Sommer Law Group, PC
    6 Market Square
    Pittsburgh, PA 15222

    *Attorneys for Defendant*

4888-8744-1470, v. 3