IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTH RIDE PLUS, INC., d/b/a Health Ride Plus, | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:21-cv-209 ) ) |
| v. | ) ) |
| RIDE4HEALTH, LLC, d/b/a Ride4Health | ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

The Parties, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and an executed settlement agreement among the Parties, hereby jointly stipulate to dismissal of this action with prejudice, with each Party to bear its own costs and attorneys' fees. The parties further agree and stipulate that this Court shall retain jurisdiction over any disputes that might arise as to the terms and implementation of the Parties' settlement agreement.

Respectfully submitted,

By: /s/ David G. Oberdick
David G. Oberdick
Pa. I.D. No. 47648
Justin D. Beck
Pa. I.D. No. 324787

Meyer, Unkovic & Scott LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222

*Attorneys for Plaintiff*

By: /s/ Joseph J. Bosick
Joseph J. Bosick
Pa. I.D. No. 17241
Eric G. Soller
Pa. I.D. No. 65560

Pietragallo Gordon Alfano Bosick & Raspanti, LLP
38th Floor, One Oxford Center
Pittsburgh, PA 15219

Brad N. Sommer, Esquire
Pa. I.D. No. 87312

Sommer Law Group, PC
6 Market Square
Pittsburgh, PA 15222

*Attorneys for Defendant*

Dated: November 15, 2022

4888-8744-1470, v. 3

AND NOW, this 15th day of November, 2022 IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE